UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BRENDA GLOVER,

  Plaintiff,

v.                                                              CASE NO.: 4:19-cv-04784

CONN APPLIANCES, INC.,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, BRENDA GLOVER, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2020 a true and correct copy of the foregoing has been furnished via electronic mail via the court's CM/ECF system to the following:

*All counsel of record.*

                                            ***/s/ Octavio Gomez***
                                            Octavio Gomez, Esquire
                                            Florida Bar No.: 0338620
                                            Georgia Bar No.: 617963
                                            Pennsylvania Bar # 3255066
                                            Morgan & Morgan Tampa, P.A.
                                            201 N. Franklin Street, Suite 700
                                            Tampa, Florida 33602
                                            Telephone: (813) 223-5505
                                            Facsimile: (813) 983-2889
                                            Primary Email: TGomez@ForThePeople.com
                                            Secondary Email: DGagliano@ForThePeople.com
                                            *Attorney for Plaintiff*